RE: Case # 4:15-CV-01330     5-4-18

United States Courts
Southern District of Texas
FILED

MAY 07 2018

David J. Bradley, Clerk of Court

To: CLERK U.S. DISTRICT COURT
     SOUTHERN DISTRICT OF TEXAS
     HOUSTON DIVISION

From: William Fitzgerald
     1860537     Cause # 4:15-CV-01330

I am the plaintiff in a civil case and need to submit an address change. My new address is:

William Fitzgerald
14503 CYPRESS VIEW DR.
CYPRESS, TX 77429

If you have mailed any documents since the hearing on damages I had at the court on 4-18-18 could you please remail them as I never recieved them. Thank You

I was incarcerated but have now been released so I didn't get any mail that was sent to TDCJ.

William Fitzgerald
15503 Cypress View Dr
Cypress TX 77429

David J. Bradley, Clerk of Court

MAY 07 2018

United States Courts
Southern District of Texas
FILED

CLERK
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION
POST OFFICE BOX 61010
HOUSTON, TX 77208



NORTH HOUSTON TX 773
05 MAY 2018 PM 5 L

77208-101010