UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

MAY 25 2018

David J. Bradley, Clerk of Court

WILLIAM FITZGERALD, X
    Plaintiff    X
Vs    X    CIVIL ACTION NO.
     X
HARRIS COUNTY, et al, X    H-15-1330
    Defendants    X
     X

## NOTICE OF APPEAL

Notice is hereby given that William Fitzgerald, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the 5th Circuit. Plaintiff appeals the Final Judgement (Document 82) that claims against Harris County are

Dismissed based on the merits of the case. Plaintiff is In Forma Pauperis and Pro Se.

Plaintiff contends that because Harris County failed to train Myron Nelson in use of excessive force in accordance with their own policy, and that Myron Nelson was already under investigation for striking another inmate when he damaged plaintiff's eye but was still allowed to supervise inmates, that Harris County should be held liable.

Plaintiff further contends that because he was In Forma Pauperis and incarcerated, he should have been appointed an attorney (he filed a motion requesting counsel) and was unable to present a thorough case

Dated: 5-24-18    Signed _B. _____
William Fitzgerald
14503 CYPRESS VIEW DR
CYPRESS, TX 77429

Certificate of Service

I, William Fitzgerald, certify that a copy of this document has been mailed to Jim C. Ezer, Assistant County Attorney, at 1019 Congress 15th Floor, Houston, TX 77002